# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAMEAD HOLMES,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>THE RESHAPING AND NUTRITIONAL COMPANY LLC,<br><br>　　　Defendant(s). | Case No. 2:25-cv-00442-GMN-NJK<br><br>**Order** |

　　　To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by September 5, 2025.

　　　IT IS SO ORDERED.

　　　Dated: August 29, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1