Nathan R. Ring
Nevada State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Boulevard, Suite 208
Las Vegas, NV 89102
Telephone: (725) 235-9750
lasvegas@stranchlaw.com

Grayson Wells (*Pro Hac Vice*)
(TN # 039658, MO # 73068)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Ave, Suite 200
Nashville, TN 37211
Tel: (615) 254-8801
gwells@stranchlaw.com

John J. Nelson (*Pro Hac Vice*)
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
402 W. Broadway, Suite 1760
San Diego, CA 92101
Telephone: (858) 209-6941
Email: jnelson@milberg.com

*Counsel for Plaintiff and the Proposed Class*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| **DAMEAD HOLMES**, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **THE RESHAPING AND NUTRITIONAL COMPANY LLC D/B/A ARDYSSLIFE**, <br><br> Defendant. | Case No.: 2:25-cv-00442 <br><br> **ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE** |

JOINT STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE

Pursuant to fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Damead Holmes ("Plaintiff") and Defendant The Reshaping and Nutritional Company LLC d/b/a Ardysslife ("Defendant") (collectively the "Parties"), by and through their respective undersigned counsel of record, hereby jointly stipulate to dismiss this action without prejudice. Each party shall bear their own costs.

**IT IS HEREBY STIPULATED AND AGREED** by the parties:

1. Plaintiff Damead Holmes dismisses his complaint against Defendant The Reshaping and Nutritional Company LLC d/b/a Ardysslife without prejudice.

2. Each party to bear their own attorney's fees and costs.

**IT IS SO STIPULATED**.

DATED: February 20, 2026      **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

/s/ John J. Nelson
John J. Nelson, Esq.

*Counsel for Plaintiff*

DATED: February 20, 2026      **DAVID J. WINTERTON & ASSOCIATES, LTD**

/s/ David J. Winterton
David J. Winterton, Esq.

*Counsel for Defendant*

DATED this 23 day of February, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

1

JOINT STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE